**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**RECEIVED**

JAN - 8 2016

THOMAS G. BRUTON
CLERK, U S DISTRICT COURT

Stephen Fabian )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )

v. )

Harbor Capital Advisors )
HR Staff )
Hiring Managers )
(Name of the defendant or defendants) )

CIVIL ACTION

**1:16-cv-00227**
**Judge Charles R. Norgle, Sr**
**Magistrate Judge Jeffrey Cole**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Stephen Fabian of the county of Cook in the state of Illinois.

3. The defendant is Harbor Capital Advisors, whose street address is 111 S. Wacker Drive, (city) Chicago (county) Cook (state) IL (ZIP) 60606

(Defendant's telephone number) (312) 443-4400

4. The plaintiff sought employment or was employed by the defendant at (street address) 111 South Wacker Drive (city) Chicago (county) Cook (state) IL (ZIP code) 60606

5. The plaintiff [*check one box*]

   (a) ☑    was denied employment by the defendant.

   (b) ☐    was hired and is still employed by the defendant.

   (c) ☐    was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) *April*, (day) *3*, (year) *2015*.

7.1   ***(Choose paragraph 7.1 or 7.2, do not complete both.)***

   (a) The defendant is not a federal governmental agency, and the plaintiff  [*check one box*]   ☐ *has not*    filed a charge or charges against the defendant ☑ *has*

asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i)    ☑ the United States Equal Employment Opportunity Commission, on or about

       (month)_____ (day)_____ (year)_____.

   (ii)    ☐ the Illinois Department of Human Rights, on or about

       (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached.   ☑ YES.   ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐    Yes (month)_____ (day)_____ (year) _____

☐    No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month) *May* (day) 12 (year) 2015 .

(c)    Attached is a copy of the

     (i) Complaint of Employment Discrimination,

     ☑ YES    ☐ NO, but a copy will be filed within 14 days.

     (ii) Final Agency Decision

     ☐ YES    ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a) ☐    the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

   (b) ☑    the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year) 2015 a copy of which *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☑ Age (Age Discrimination Employment Act).

   (b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☑ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☑ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☑ other (specify): failed to interview and/or hire due to Age, race, + gender.

4

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Will provide once I speak to a pro-bono lawyer. Some exhibits have been attached. I am homeless for 7 months now & suffer from PTSD, anxiety disorder, & psychological mental duress, & suffer from other intangibles that my lawyer will discuss in court. I am homeless. Received excoriation from EEOC.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☑ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑ Direct the defendant to (specify): To pay for all costs past, present, + future as a result of the prejudice, racism, prejudice, hate crimes, PTSD, verbal + emotional + physical duress, loss wages, financial anxiety disorder intangibles, broken relationships, + whatever my pro bono lawyer says.

_____

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Stephen F_ _Stephen Fabian_

(Plaintiff's name)

_Stephen Fabian_

(Plaintiff's street address)

_2037 E. Craig Drive_

_____

(City) _Des Plaines_ (State) _IL_ (ZIP) _60018_

(Plaintiff's telephone number) _(847) 250-7471_

Date: _1-5-16_

6

# INFORMATION ON WHERE TO FILE SUIT

You have been notified of your right to sue in Federal District Court. Suit is ordinarily filed in the District having jurisdiction of the county in which the employer, against whom you filed a Charge of employment discrimination, is located. The telephone number listed for each District is that of the Clerk of the Court.

| U.S. DISTRICT COURT<br>Northern District of Illinois<br>**Eastern Division at Chicago**<br>219 South Dearborn Street<br>Chicago, IL 60604<br>312-435-5670 | | U.S. DISTRICT COURT<br>Central District of Illinois<br>**Urbana Division**<br>201 South Vine<br>Urbana, IL 61801<br>217-373-5830 | |
|---|---|---|---|
| **Counties** | | **Counties** | |
| Cook | Kendall | Champaign | Kankakee |
| DuPage | Lake | Coles | Macon |
| Grundy | LaSalle | Douglas | Moultrie |
| Kane | Will | Edgar | Piatt |
| | | Ford | Vermillion |
| | | Iroquois | |
| U.S. DISTRICT COURT<br>Northern District of Illinois<br>**Western Division at Rockford**<br>211 South Court Street<br>Federal Building<br>Rockford, IL 61101<br>815-987-4355 | | **Peoria Division**<br><br>100 N.E. Monroe Street<br>135 Federal Building<br>Peoria, IL 61602<br>309-671-7117 | |
| **Counties** | | **Counties** | |
| Boone | McHenry | Bureau | McLean |
| Carroll | Ogle | Fulton | Peoria |
| DeKalb | Stephenson | Hancock | Putnam |
| JoDaviess | Whiteside | Knox | Stark |
| Lee | Winnebago | Livingston | Tazewell |
| | | Marshall | Woodford |
| | | McDonough | |
| U.S. DISTRICT COURT<br>**Southern District of Illinois**<br>750 Missouri Avenue<br>East St. Louis, IL 62201<br>618-482-0671<br><br>*and*<br><br>301 Main Street<br>Benton, IL 62812<br>618-438-0671 | | **Rock Island Division**<br>211 19th Street<br>Rock Island, IL 61201<br>309-793-5778 | |
| **Counties** | | **Counties** | |
| Alexander | Johnson | Henderson | Rock Island |
| Bond | Lawrence | Henry | Warren |
| Calhoun | Madison | Mercer | |
| Clark | Marion | **Springfield Division** | |
| Clinton | Monroe | 600 East Monroe Street | |
| Crawford | Perry | Springfield, IL 62701 | |
| Cumberland | Pope | 217-492-4020 | |
| Edwards | Pulaski | | |
| Effingham | Randolph | **Counties** | |
| Fayette | Richland | Adams | Logan |
| Franklin | St. Clair | Brown | Macoupin |
| Gallatin | Saline | Cass | Mason |
| Hamilton | Union | Christian | Menard |
| Hardin | Wabash | DeWitt | Montgomery |
| Jackson | Washington | Green | Morgan |
| Jasper | Wayne | Pike | Schuyler |
| Jefferson | White | Shelby | |
| Jersey | Williamson | | |

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

## PRIVATE SUIT RIGHTS

The issuance of this *Notice of Right to Sue* or *Dismissal and Notice of Rights* ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

**IF THE FIRST THREE CHARACTERS OF YOUR <u>EEOC CHARGE NUMBER</u> ARE "21B" <u>AND</u> YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE <u>MUST</u> BE DIRECTED TO IDHR.**

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment of the American with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

## ATTORNEY REPRESENTATION

If you cannot afford an attorney, or have been unable to obtain an attorney to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

## DESTRUCTION OF FILE

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

**IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.**

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To:     **Stephen Fabian**
**1889 Maple Avenue, Unit  W2**
**Evanston, IL 60201**

From:   **Chicago District Office**
**500 West Madison St**
**Suite 2000**
**Chicago, IL 60661**

[ ]     *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **440-2015-03947** | **Brandi  Kraft,**<br>**Investigator** | **(312) 869-8153** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]     The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]     Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]     The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]     Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]     The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]     The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]     Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

_____
**Julianne  Bowman,**
**District Director**

5-12-15
*(Date Mailed)*

cc:     **HARBOR CAPITAL ADVISORS, INC.**
**c/o Chief Executive Officer**
**111 South Wacker Drive**
**Chicago, IL 60606**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2015-03947 |
| --- | --- | --- |

| Illinois Department Of Human Rights | and EEOC |
| --- | --- |
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>**Mr. Stephen Fabian** | Home Phone *(Incl. Area Code)*<br>**(847) 250-7471** | Date of Birth<br>**06-04-1967** |
| --- | --- | --- |
| Street Address<br>**1889 Maple Avenue, Unit W2, Evanston, IL 60201** | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**HARBOR CAPITAL ADVISORS INC** | No. Employees, Members<br>**101 - 200** | Phone No. *(Include Area Code)*<br>**(312) 443-4400** |
| --- | --- | --- |
| Street Address<br>**111 South Wacker Dr, Chicago, IL 60606** | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
| --- | --- | --- |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)*<br><br>☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☐ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest          Latest<br>**05-06-2015**<br><br>☒ CONTINUING ACTION |
| --- | --- |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I have applied for numerous positions with Respondent. I have not been hired.**

**I believe I have been discriminated against because of my age, 47 (DOB: June 4, 1967), in violation of the Age Discrimination in Employment Act of 1967, as amended. I also believe I have been discriminated against because of my sex, male, in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| --- | --- |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **May 06, 2015**        *[signature]*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Harbor Capital Advisors, Inc.
111 South Wacker Drive, 34th Floor
Chicago, IL 60606
Phone: 312-443-4400
E-mail: career@harborfunds.com

Applied    4-3-2015
Rejected  don't send rejection notices
Shareholder Services Representative I

**harborfunds.com – Shareholder Services Representative I**



**urndnd@gmail.com**                                                            Apr 3 (10 days ago)

to career

Shareholder Services Representative I

The Shareholder Services Representative I role provides support to internal and external clients, which include shareholders, brokers and other Harbor employees. The representative provides accurate and timely transaction processing, quality assurance, written and verbal shareholder communication, and project support on behalf of shareholders and associates of Harbor Funds.

**Key Responsibilities**
- Provide timely and accurate information to support daily communication with Harbor Fund's shareholder base to meet, or exceed, internal quality standards.
- Accurate and timely review of daily department reports to successful support daily operations
- Assist in preparing monthly, quarterly and annual audit reports
- Active participation in departmental project support work
- Assist in the documentation of departmental workflows and procedures
- Maintain updated knowledge of fund products, and industry trends
- Perform additional activities as needed
**Communications**
- Support the telephone requests of the shareholders of Harbor by performing transactions such as exchanges, redemptions and maintenance requests.
- Accept inbound calls to communicate product knowledge and information to shareholders
- Call, write letters, and send e-mails to shareholders to resolve account requests which are not received in good order
- Perform weekly phone audit to ensure phone recordings are in line with departmental standards
- Apply an understanding of technical/business writing principles to Harbor Services Group's document library of correspondence templates
- Compose, edit and proofread correspondence for Harbor Funds shareholders and other document outputs, with focus on content, clarity, grammar, and typography.
- Research and prepare content for the Frequently Asked Questions segment of the website and responding to inquiries received electronically via the "Contact Us" section of the website.
**Processing**
- Execute day to day processing of various account details as a result of customer requests and inquiries with a strong attention to detail
- Perform quality control for transaction processing to ensure compliance with regulatory and department quality standards
- Enter and releasing of federal wire transfers through use of State Street Cash Manager
- Perform corrective processing and monitoring of dividend adjustments
**Minimum Qualifications**
- Bachelor's degree strongly preferred
- 1-2 years of financial services industry experience preferred
- Experience in business writing and customer service preferred
- FINRA Series 6 within eight (8) months and Series 63 within eleven (11) months of hire
**Knowledge, Skills & Abilities Required**
- Thorough understanding of mutual funds, securities pricing, account registrations, retirement plan processes, and SEC/FINRA regulations and guidelines
- Excellent organizational, time management, analytical, written, and verbal communication skills
- Ability to work in a fast-paced, and constantly changing environment

Applied   4-3-2015
Rejected   do not send Rejection notices
Centralized Customer Support Specialist

**harborfunds.com - Centralized Customer Support Specialist**



**urndnd@gmail.com**                           Apr 3 (10 days ago)

to career

Centralized Customer Support Specialist

The primary responsibility of the Centralized Customer Support (CCS) department is to be the initiator and distributor of all work within the transfer agency, and to sort and deliver incoming and outgoing mail for the Harbor Services Group and Harbor Capital Advisors teams. Centralized Customer Support Specialists work with numerous internal and external clients, and it is imperative to develop effective working relationships with both types of clients.

**Key Responsibilities**

- Open, sort and deliver incoming mail in a timely and accurate fashion to both Harbor Services Group and Harbor Capital Advisors teams.
- Review, prep, batch and scan incoming mail into the Harbor Transfer Agency's workflow processing system.
- Successfully verify Medallion Signature Guarantee Stamps through Securities Transfer Agents Medallion Program, Inc. (STAMP, Inc.)
- Fulfill literature orders from prospective and current shareholders through DST Literature.
- Maintain various mail logs including checks, overnights, and priority and returned mail.
- Timely and accurately administer cash processing system to support balanced nightly electronic check deposits (FISERV/SSB&T).
- Secure sensitive data and documentation.
- Administer workflows and support Harbor Services Group outbound correspondence
- Work with external vendors to support print media, mail delivery, and document storage and shredding programs.
- Research statements and other documents (microfiche, CD's and other media channels) for record retention and/or average cost requests.
- Assist in preparing monthly & annual audit reports.
- Work with training and development to maintain an accurate and up-to-date training model for ongoing training and new employee hire support.
- Participate in department projects as assigned by management team.
- Willingness to shift focus dependent on the need of the group to support teamwork within the transfer agency.
- *Other duties as assigned.*

**Minimum Qualifications**

- Bachelor's degree strongly preferred
- Strong attention to detail
- Customer service and/or financial services industry experience preferred

**Knowledge, Skills & Abilities Required**

- Work well under pressure and possess ability to meet deadlines
- Reliable and able to adjust work schedule to meet business needs
- Ability to multi-task and work in a fast-paced environment
- Ability to cross-train within other areas of the transfer agency to provide assistance, if required.
- Working knowledge of Microsoft Office (Outlook, Word, Excel and PowerPoint)

Applied   4-3-2015
Rejected   do not send Rejection notices
Receptionist
**harborfunds.com - Receptionist**


**urndnd@gmail.com**                                    Apr 3 (10 days ago)

to career

Receptionist

The Receptionist position is the first point of contact for all visitors and callers to Harbor Capital Advisors. Providing a professional and responsive welcome to all visitors and callers is a primary responsibility of this position. The Receptionist also supports the Human Resources team on varied administrative functions, projects and initiatives.

**Key Responsibilities**

**Reception**

Responsible for the visitor management process. Coordinate with administrative staff and others to confirm when visitors are expected, enter visitor names into the building visitor registration system and create visitor badges.  Greet all visitors and ensure a warm and professional welcome.

Work with the Lenel system to manage badge access for visitors and employees.  This includes creating, deleting and modifying badge access, running reports from the system and conducting quarterly badge access audits.
- Answer and direct incoming phone calls for Harbor Capital Advisors, Harbor Funds Distributors and Harbor Services Group.  Provide efficient and courteous response to all callers; anticipate calls requiring special handling and work with others to determine the appropriate protocol.
- Receive courier and overnight deliveries; announce deliveries to mailroom staff and ensure that packages and boxes are attended to.
- Coordinate office supply and kitchen supply orders and deliveries; maintain the primary supply room and employee/visitor kitchens.
- Maintain monthly receptionist coverage schedule and maintain receptionist procedures manual; update reception coverage staff with updates as appropriate.
- Liaison with the Office of the Building on facility related matters and utilize the building work order system to report general maintenance needs..
**Human Resources Support**
- Manage data entry and audit of the employee notification system (Send Word Now).
- Administer the employee service award program. This includes tracking and scheduling employee service dates, preparing employee communications, ordering gift selections and coordinating with the vendor.
- Assemble new hire orientation packets.
- Assemble Fed-Ex packets for mailings.
- Prepare and submit travel and expense reports.
- Assist with life safety or floor warden initiatives and update floor warden information monthly.
- Assist with various employee events and activities to include the Summer Softball League, Birthday Celebrations, JP Morgan Chase Corporate Challenge, Bring Our Sons and Daughters to Work Day, Summer Outing, National Lee Denim Day, and the Holiday Gathering.
- Responsible for ordering monthly birthday treat for employees as well as food for occasional all employee lunches.
- Assist with the annual holiday gift card program. Responsible for ordering holiday gift cards. This may include receiving employees' gift card preference, ordering gift cards from several vendors, distributing and tracking gift card orders
**Minimum Qualifications**
- High school diploma required; associates or bachelor's degree preferred.  Two-plus year's receptionist or administrative experience in a professional, corporate environment is required.
**Knowledge, Skills & Abilities Required**
- Microsoft Office Suite, Outlook, Internet proficiency required.
- Demonstrated integrity and accountability.
- High degree of professionalism, judgment and attention to detail.
- Ability to anticipate and respond to visitor, caller and employee requests in an effective manner.
- Ability to work both autonomously and collaboratively.

Applied   1-19-2015
Rejected   do not send Rejection notices
Shareholder Services Representative I
**harborfunds.com - Shareholder Services Representative I**



**urndnd@gmail.com**                                        Jan 19

to career

## Shareholder Services Representative I

The Shareholder Services Representative I role provides support to internal and external clients, which include shareholders, brokers and other Harbor employees. The representative provides accurate and timely transaction processing, quality assurance, written and verbal shareholder communication, and project support on behalf of shareholders and associates of Harbor Funds.

**Key Responsibilities**
- Provide timely and accurate information to support daily communication with Harbor Fund's shareholder base to meet, or exceed, internal quality standards.
- Accurate and timely review of daily department reports to successful support daily operations
- Assist in preparing monthly, quarterly and annual audit reports
- Active participation in departmental project support work
- Assist in the documentation of departmental workflows and procedures
- Maintain updated knowledge of fund products, and industry trends
- Perform additional activities as needed

**Communications**
- Support the telephone requests of the shareholders of Harbor by performing transactions such as exchanges, redemptions and maintenance requests.
- Accept inbound calls to communicate product knowledge and information to shareholders
- Call, write letters, and send e-mails to shareholders to resolve account requests which are not received in good order
- Perform weekly phone audit to ensure phone recordings are in line with departmental standards
- Apply an understanding of technical/business writing principles to Harbor Services Group's document library of correspondence templates
- Compose, edit and proofread correspondence for Harbor Funds shareholders and other document outputs, with focus on content, clarity, grammar, and typography.
- Research and prepare content for the Frequently Asked Questions segment of the website and responding to inquiries received electronically via the "Contact Us" section of the website.

**Processing**
- Execute day to day processing of various account details as a result of customer requests and inquiries with a strong attention to detail
- Perform quality control for transaction processing to ensure compliance with regulatory and department quality standards
- Enter and releasing of federal wire transfers through use of State Street Cash Manager
- Perform corrective processing and monitoring of dividend adjustments

**Minimum Qualifications**
- Bachelor's degree strongly preferred
- 1-2 years of financial services industry experience preferred
- Experience in business writing and customer service preferred
- FINRA Series 6 within eight (8) months and Series 63 within eleven (11) months of hire

**Knowledge, Skills & Abilities Required**
- Thorough understanding of mutual funds, securities pricing, account registrations, retirement plan processes, and SEC/FINRA regulations and guidelines
- Excellent organizational, time management, analytical, written, and verbal communication skills
- Ability to work in a fast-paced, and constantly changing environment
- Ability to shift focus dependent on the need of the department to support teamwork
- Strong technical abilities in Microsoft Office (Outlook, Word, Excel, SharePoint, etc.)

Applied   1-19-2015
Rejected   do not send Rejection notices
Customer Support Specialist
**harborfunds.com - Centralized Customer Support Specialist**



**urndnd@gmail.com**                                                  Jan 19

to career

Centralized Customer Support Specialist

The primary responsibility of the Centralized Customer Support (CCS) department is to be the initiator and distributor of all work within the transfer agency, and to sort and deliver incoming and outgoing mail for the Harbor Services Group and Harbor Capital Advisors teams. Centralized Customer Support Specialists work with numerous internal and external clients, and it is imperative to develop effective working relationships with both types of clients.

**Key Responsibilities**

- Open, sort and deliver incoming mail in a timely and accurate fashion to both Harbor Services Group and Harbor Capital Advisors teams.
- Review, prep, batch and scan incoming mail into the Harbor Transfer Agency's workflow processing system.
- Successfully verify Medallion Signature Guarantee Stamps through Securities Transfer Agents Medallion Program, Inc. (STAMP, Inc.)
- Fulfill literature orders from prospective and current shareholders through DST Literature.
- Maintain various mail logs including checks, overnights, and priority and returned mail.
- Timely and accurately administer cash processing system to support balanced nightly electronic check deposits (FISERV/SSB&T).
- Secure sensitive data and documentation.
- Administer workflows and support Harbor Services Group outbound correspondence
- Work with external vendors to support print media, mail delivery, and document storage and shredding programs.
- Research statements and other documents (microfiche, CD's and other media channels) for record retention and/or average cost requests.
- Assist in preparing monthly & annual audit reports.
- Work with training and development to maintain an accurate and up-to-date training model for ongoing training and new employee hire support.
- Participate in department projects as assigned by management team.
- Willingness to shift focus dependent on the need of the group to support teamwork within the transfer agency.
- *Other duties as assigned.*

**Minimum Qualifications**

- Bachelor's degree strongly preferred
- Strong attention to detail
- Customer service and/or financial services industry experience preferred

**Knowledge, Skills & Abilities Required**

- Work well under pressure and possess ability to meet deadlines
- Reliable and able to adjust work schedule to meet business needs
- Ability to multi-task and work in a fast-paced environment
- Ability to cross-train within other areas of the transfer agency to provide assistance, if required.
- Working knowledge of Microsoft Office (Outlook, Word, Excel and PowerPoint)

Applied     12-8-2014

Rejected     do not send Rejection notices

Centralized Customer Support Specialist

## Centralized Customer Support Specialist



**Steve F <urndnd@gmail.com>**                                                        12/8/14

to career

Centralized Customer Support Specialist

The primary responsibility of the Centralized Customer Support (CCS) department is to be the initiator and distributor of all work within the transfer agency, and to sort and deliver incoming and outgoing mail for the Harbor Services Group and Harbor Capital Advisors teams. Centralized Customer Support Specialists work with numerous internal and external clients, and it is imperative to develop effective working relationships with both types of clients.

**Key Responsibilities**

Open, sort and deliver incoming mail in a timely and accurate fashion to both Harbor Services Group and Harbor Capital Advisors teams.

Review, prep, batch and scan incoming mail into the Harbor Transfer Agency's workflow processing system.

Successfully verify Medallion Signature Guarantee Stamps through Securities Transfer Agents Medallion Program, Inc. (STAMP, Inc.)

Fulfill literature orders from prospective and current shareholders through DST Literature.

Maintain various mail logs including checks, overnights, and priority and returned mail.

Timely and accurately administer cash processing system to support balanced nightly electronic check deposits (FISERV/SSB&T).

Secure sensitive data and documentation.

Administer workflows and support Harbor Services Group outbound correspondence

Work with external vendors to support print media, mail delivery, and document storage and shredding programs.

Research statements and other documents (microfiche, CD's and other media channels) for record retention and/or average cost requests.

Assist in preparing monthly & annual audit reports.

Work with training and development to maintain an accurate and up-to-date training model for ongoing training and new employee hire support.

Participate in department projects as assigned by management team.

Willingness to shift focus dependent on the need of the group to support teamwork within the transfer agency.

*Other duties as assigned.*

**Minimum Qualifications**

Bachelor's degree strongly preferred

Strong attention to detail

Customer service and/or financial services industry experience preferred

**Knowledge, Skills & Abilities Required**

Work well under pressure and possess ability to meet deadlines

Reliable and able to adjust work schedule to meet business needs

Ability to multi-task and work in a fast-paced environment

Ability to cross-train within other areas of the transfer agency to provide assistance, if required.

Working knowledge of Microsoft Office (Outlook, Word, Excel and PowerPoint)

Applied    12-8-2014
Rejected    do not send Rejection notices
Shareholder Services Representative I
**Shareholder Services Representative I employment**



**Steve F <urndnd@gmail.com>**                    12/8/14

to career

## Shareholder Services Representative I

The Shareholder Services Representative I role provides support to internal and external clients, which include shareholders, brokers and other Harbor employees. The representative provides accurate and timely transaction processing, quality assurance, written and verbal shareholder communication, and project support on behalf of shareholders and associates of Harbor Funds.

**Key Responsibilities**

Provide timely and accurate information to support daily communication with Harbor Fund's shareholder base to meet, or exceed, internal quality standards.

Accurate and timely review of daily department reports to successful support daily operations .

Assist in preparing monthly, quarterly and annual audit reports

Active participation in departmental project support work

Assist in the documentation of departmental workflows and procedures

Maintain updated knowledge of fund products, and industry trends

Perform additional activities as needed

**Communications**

Support the telephone requests of the shareholders of Harbor by performing transactions such as exchanges, redemptions and maintenance requests.

Accept inbound calls to communicate product knowledge and information to shareholders

Call, write letters, and send e-mails to shareholders to resolve account requests which are not received in good order

Perform weekly phone audit to ensure phone recordings are in line with departmental standards

Apply an understanding of technical/business writing principles to Harbor Services Group's document library of correspondence templates

Compose, edit and proofread correspondence for Harbor Funds shareholders and other document outputs, with focus on content, clarity, grammar, and typography.

Research and prepare content for the Frequently Asked Questions segment of the website and responding to inquiries received electronically via the "Contact Us" section of the website.

**Processing**

Execute day to day processing of various account details as a result of customer requests and inquiries with a strong attention to detail

Perform quality control for transaction processing to ensure compliance with regulatory and department quality standards

Enter and releasing of federal wire transfers through use of State Street Cash Manager

Perform corrective processing and monitoring of dividend adjustments

**Minimum Qualifications**

Bachelor's degree strongly preferred

1-2 years of financial services industry experience preferred

Experience in business writing and customer service preferred

FINRA Series 6 within eight (8) months and Series 63 within eleven (11) months of hire

**Knowledge, Skills & Abilities Required**

Thorough understanding of mutual funds, securities pricing, account registrations, retirement plan processes, and SEC/FINRA regulations and guidelines

Excellent organizational, time management, analytical, written, and verbal communication skills

Ability to work in a fast-paced, and constantly changing environment

Ability to shift focus dependent on the need of the department to support teamwork

Strong technical abilities in Microsoft Office (Outlook, Word, Excel, SharePoint, etc.)

Applied  9-8-2014
Rejected  do not send Rejection notices
Centralized Customer Support Specialist
**harborfunds.com - Centralized Customer Support Specialist**



**Steve F <urndnd@gmail.com>**                                                      9/8/14

to career

Centralized Customer Support Specialist

The primary responsibility of the Centralized Customer Support (CCS) department is to be the initiator and distributor of all work within the transfer agency, and to sort and deliver incoming and outgoing mail for the Harbor Services Group and Harbor Capital Advisors teams. Centralized Customer Support Specialists work with numerous internal and external clients, and it is imperative to develop effective working relationships with both types of clients. **Key Responsibilities**

Open, sort and deliver incoming mail in a timely and accurate fashion to both Harbor Services Group and Harbor Capital Advisors teams.

Review, prep, batch and scan incoming mail into the Harbor Transfer Agency's workflow processing system.
Successfully verify Medallion Signature Guarantee Stamps through Securities Transfer Agents Medallion Program, Inc. (STAMP, Inc.)
Fulfill literature orders from prospective and current shareholders through DST Literature.
Maintain various mail logs including checks, overnights, and priority and returned mail.
Timely and accurately administer cash processing system to support balanced nightly electronic check deposits (FISERV/SSB&T).
Secure sensitive data and documentation.
Administer workflows and support Harbor Services Group outbound correspondence
Work with external vendors to support print media, mail delivery, and document storage and shredding programs.
Research statements and other documents (microfiche, CD's and other media channels) for record retention and/or average cost requests.
Assist in preparing monthly & annual audit reports.
Work with training and development to maintain an accurate and up-to-date training model for ongoing training and new employee hire support.
Participate in department projects as assigned by management team.
Willingness to shift focus dependent on the need of the group to support teamwork within the transfer agency.
*Other duties as assigned.*
**Minimum Qualifications**
Bachelor's degree strongly preferred
Strong attention to detail
Customer service and/or financial services industry experience preferred
**Knowledge, Skills & Abilities Required**
Work well under pressure and possess ability to meet deadlines
Reliable and able to adjust work schedule to meet business needs
Ability to multi-task and work in a fast-paced environment
Ability to cross-train within other areas of the transfer agency to provide assistance, if required.

Applied   9-8-2014
Rejected   do not send Rejection notices
Shareholder Services Representative I

**harborfunds.com - Shareholder Services Representative I**



**Steve F <urndnd@gmail.com>**                                    9/8/14

to career

## Shareholder Services Representative I

The Shareholder Services Representative I role provides support to internal and external clients, which include shareholders, brokers and other Harbor employees. The representative provides accurate and timely transaction processing, quality assurance, written and verbal shareholder communication, and project support on behalf of shareholders and associates of Harbor Funds.

**Key Responsibilities**

Provide timely and accurate information to support daily communication with Harbor Fund's shareholder base to meet, or exceed, internal quality standards.

Accurate and timely review of daily department reports to successful support daily operations

Assist in preparing monthly, quarterly and annual audit reports

Active participation in departmental project support work

Assist in the documentation of departmental workflows and procedures

Maintain updated knowledge of fund products, and industry trends

Perform additional activities as needed

**Communications**

Support the telephone requests of the shareholders of Harbor by performing transactions such as exchanges, redemptions and maintenance requests.

Accept inbound calls to communicate product knowledge and information to shareholders

Call, write letters, and send e-mails to shareholders to resolve account requests which are not received in good order

Perform weekly phone audit to ensure phone recordings are in line with departmental standards

Apply an understanding of technical/business writing principles to Harbor Services Group's document library of correspondence templates

Compose, edit and proofread correspondence for Harbor Funds shareholders and other document outputs, with focus on content, clarity, grammar, and typography.

Research and prepare content for the Frequently Asked Questions segment of the website and responding to inquiries received electronically via the "Contact Us" section of the website.

**Processing**

Execute day to day processing of various account details as a result of customer requests and inquiries with a strong attention to detail

Perform quality control for transaction processing to ensure compliance with regulatory and department quality standards

Enter and releasing of federal wire transfers through use of State Street Cash Manager

Perform corrective processing and monitoring of dividend adjustments

**Minimum Qualifications**

Bachelor's degree strongly preferred

1-2 years of financial services industry experience preferred

Experience in business writing and customer service preferred

FINRA Series 6 within eight (8) months and Series 63 within eleven (11) months of hire

**Knowledge, Skills & Abilities Required**

Thorough understanding of mutual funds, securities pricing, account registrations, retirement plan processes, and SEC/FINRA regulations and guidelines

Excellent organizational, time management, analytical, written, and verbal communication skills

Ability to work in a fast-paced, and constantly changing environment

Ability to shift focus dependent on the need of the department to support teamwork

Strong technical abilities in Microsoft Office (Outlook, Word, Excel, SharePoint, etc.)

# LinkedIn Member

Investor Services Representative at **Harbor Capital Advisors**

Greater Chicago Area

Financial Services

Previous    Waddell and Reed

Education    The University of Kansas



3rd

# Elizabeth Walker

Shareholder Services Manager, **Harbor Capital Advisors**

Greater Chicago Area

Financial Services

Current    **Harbor Capital Advisors, Inc.**

Previous    Northern Trust

Education    DePaul University

**160**connections

 Harbor
CAPITAL ADVISORS, INC.

*Communications Manager*
Harbor Capital Advisors, Inc.
June 2014 – Present (11 months)chicago, illinois

**125 YEARS NORTHERN TRUST**

*Team Lead*
**Northern Trust**
August 2013 – June 2014 (11 months)chicago, illinois

**125 YEARS NORTHERN TRUST**

*Technical Coordinator*
**Northern Trust**
August 2011 – August 2013 (2 years 1 month)Chicago, IL

**125 YEARS NORTHERN TRUST**

*Senior Alternative Investments Technician*
**Northern Trust**
April 2011 – September 2011 (6 months)chicago, illinois

**125 YEARS NORTHERN TRUST**

*Securities Technician*
**Northern Trust**
June 2008 – April 2011 (2 years 11 months)

*DePaul University*
**Bachelor of Science (B.S.), Finance, General**
2004 – 2008



3rd

# Mackenzie Hill

Shareholder Services Representative at **Harbor** Services Group

Greater Chicago Area

Financial Services

| | |
|---|---|
| Current | **Harbor Capital Advisors, Inc.** |
| Previous | Insight Global, University of Kansas, Olive Events |
| Education | University of Kansas |

**432**connections



### *Shareholder Servies Representative*
Harbor Capital Advisors, Inc.
April 2014 – Present (1 year 1 month)Greater Chicago Area



### *Recruiter*
**Insight Global**
July 2013 – March 2014 (9 months)Kansas City, Missouri Area



### *Research Assistant*
**University of Kansas**
August 2012 – May 2013 (10 months)

### *Event Coordinator*
**Olive Events**
April 2010 – April 2013 (3 years 1 month)



### *Consultant*
**Q4 Industries, LLC**
May 2012 – October 2012 (6 months)

### *University of Kansas*
**Bachelor of General Studies, Communication Studies**
2009 – 2013



3rd

# Nick Werthman

## Harbor Capital Advisors, Inc

Greater Chicago Area

Financial Services

| | |
|---|---|
| Current | **Harbor Capital Advisors, Inc.** |
| Previous | Northwestern Mutual, <br> MSU Student Investment Association |
| Education | Michigan State University |



*Investor Services and Mutual Fund Operations*
Harbor Capital Advisors, Inc.
December 2013 – Present (1 year 5 months)Greater Chicago Area



*Financial Representative*
**Northwestern Mutual**
January 2012 – January 2013 (1 year 1 month)

-Managed several clients at a time to identify their financial security needs and then focused on solutions that can help make their goals a reality.
-Relied not only on my own knowledge and experience, but also on the expertise of a team of specialists available through the Network.
-Required licensing in Life, Health, and Disability Insurance along with Annuities.
*Michigan State University*
**Bachelor of Arts Economics; Minor in Finance**
2008 – 2012

 

3rd

# Leif Rosenquist

Shareholder Services Representative at **Harbor CapitalAdvisors**, Inc.

Chicago, Illinois

Investment Management

Previous    Competiscan,
             Northern Trust,
             Guaranteed Rate

Education    North Park University

**144**connections



*Harbor*
CAPITAL ADVISORS, INC.

### *Shareholder Services Representative*
Harbor Capital Advisors, Inc.
April 2014 – Present (1 year 1 month)Chicago



### *Data Entry Analyst*
**Competiscan**
December 2013 – March 2014 (4 months)

125 YEARS
**NORTHERN TRUST**

### *Process Analyst*
**Northern Trust**
November 2012 – September 2013 (11 months)



*Junior Underwriter*
**Guaranteed Rate**
August 2011 – September 2012 (1 year 2 months)Chicago



*Corporate & Institutional Services - Public Funds*
**Northern Trust**
June 2010 – August 2010 (3 months)



*Intern*
**Performance Trust** Capital **Partners**
September 2009 – May 2010 (9 months)

*North Park University*
**B.S., Finance**
2007 – 2011

3rd

# Edward Quattrocchi

Shareholder Services and Communications at **HarborCapital Advisors**, Inc.

Chicago, Illinois

Investment Management

Previous      PPM America, Inc.,
             Northwestern Mutual,
             Marquette University



*Shareholder Services and Communications*
Harbor Capital Advisors, Inc.
November 2014 – Present (6 months)Chicago, IL

PPMAMERICA

*Asia Business Development*
**PPM America, Inc.**
May 2014 – September 2014 (5 months)Chicago, IL


Northwestern Mutual

*Public Relations Intern*
**Northwestern Mutual**
December 2013 – May 2014 (6 months)Milwaukee, WI

PPMAMERICA

*Marketing & Communications Intern*
**PPM America, Inc.**
May 2013 – August 2013 (4 months)Chicago, IL



*Ticket Office Student Assistant*
**Marquette University**
August 2012 – May 2013 (10 months)Milwaukee, WI

*Marquette University*
**Bachelor of Arts (B.A.), Corporate Communication**
2010 – 2014



3rd

# Joseph Benda

Shareholder Servicing Intern at **Harbor Capital Advisors**, Inc.

Greater Chicago Area


Harbor
CAPITAL ADVISORS, INC.

### *Shareholder Servicing Intern*
Harbor Capital Advisors, Inc.
November 2013 – Present (1 year 6 months)Chicago IL

## TRUNK CLUB

### *Operations Associate*
**Trunk Club**
May 2012 – July 2013 (1 year 3 months)Chicago, IL

Maintain and organize product inventories, assist in the processing and completion of incoming and outgoing order fulfillment.

## UBS

### *Wealth Management Americas- Brokerage Assistant (Intern)*
**UBS**
August 2012 – January 2013 (6 months)Chicago, IL

Conducted comprehensive portfolio reviews to reevaluate objectives and project portfolio performance. Formulated asset allocation strategies and developed investment models for client portfolios. I was also responsible for communicating with clients and other departments regarding cash and account requests and inquiries on a daily basis. To accomplish these objectives I performed in-depth analysis for various securities utilizing Bloomberg terminals and Morningstar web links.

### *Server Assistant*
**BlackFinn American Saloon**
May 2011 – September 2011 (5 months)Naperville, IL

### *Data Collection Intern*
**Chicago Metropolitan Agency for Planning (CMAP)**
May 2010 – August 2010 (4 months)Chicago, IL

Part of a team of technicians who collected daily traffic and road condition data in the Chicago Metropolitan area. Performed roadway condition assessments and roadway stress testing. I was then responsible for compiling this data in excel spreadsheets and organizing it effectively to allow for further analysis and introduction into roadway mapping systems.

### *Server Assistant & Barback*
**Rocco Ranalli's Pizza**
May 2009 – November 2009 (7 months)Chicago, IL

### *Loyola University of Chicago*
**Bachelor of Business Administration (BBA), Economics and Finance, Senior**
2009 – 2013

3rd



# Sarah Lybik

at **Harbor Capital Advisors**, Inc.

Greater Chicago Area

Investment Management

| | |
|---|---|
| Current | **Harbor Capital Advisors, Inc.** |
| Previous | **Harbor Capital Advisors, Inc.,** Campustown Supply, Center for Emerging Entrepreneurs |
| Education | Illinois State University |

**73** connections

### Reconciliation Representative
Harbor Capital Advisors, Inc.
December 2014 – Present (5 months)

### Shareholder Services Representative
Harbor Capital Advisors, Inc.
November 2013 – December 2014 (1 year 2 months)

### Centralized Customer Processing Associate
Harbor Capital Advisors, Inc.
July 2013 – November 2013 (5 months)Chicago, Illinois

### Assistant Manager
**Campustown Supply**
August 2010 – May 2013 (2 years 10 months)Normal, Illinois

### Small Business Consultant Intern
**Center for Emerging Entrepreneurs**
May 2012 – August 2012 (4 months)Normal, Illinois

### Rehabilitation Personal Assistant
**Illinois Department of Human Services**
August 2011 – May 2012 (10 months)Normal, Illinois

### Illinois State University
**Bachelor of Science (B.S.), Human Resources Management, Economics (minor)**
2009 – 2013

All women in Human Resources according to Linkedin, therefore, HR doesn't believe in diversity either.